# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **DEBRA WALKER, et. al.,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| VS. | § CIVIL ACTION 3:85-CV-1210-R |
| | § |
| **U.S. DEPARTMENT OF HOUSING** | § |
| **AND URBAN DEVELOPMENT, et. al.,** | § |
| | § |
| **Defendants.** | § |

## MEMORANDUM OPINION AND ORDER

On February 1, 2007, this court heard oral argument concerning objections to the proposed Settlement Voucher Implementation Plan and Budget of each party. The Court ordered each party to submit proposed findings of fact and conclusions of law on the remaining contested issues. After careful consideration of all parties' submissions and oral argument, the Court finds the following:

1. Settlement vouchers should be re-issued when a participant switches to a regular Section 8 program, but not when a participant withdraws from the program entirely.

2. DHA should be allowed to receive approval from HUD in an expeditious manner before paying landlord bonuses to counteract the effects of reduced Fair Market Rents.

3. A Settlement Voucher participant who is unable to obtain housing within 120 days or who voluntarily withdraws from the Settlement Voucher program will be removed from the Settlement Voucher Waiting List, but will retain his/her position on the regular Section 8 Waiting List.

4. The Area of Operation for Landlord recruitment and mobility services should be

limited to the City of Dallas, Dallas County, the City of Plano, and the City of Red Oak.

It is ORDERED that by June 30, 2007, the Plaintiff's counsel and the Dallas Housing Authority shall submit a final agreed upon Settlement Voucher Implementation Plan and Budget for this Court's review.

It is so ORDERED.

**Entered: May 17th, 2007.**

_____
**JUDGE JERRY BUCHMEYER**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**